THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**JOSHUA STRICKLIN, ADC #138119**                                                                **PLAINTIFF**

**v.**                                          **Case No. 5:18-cv-00217-KGB**

**FLORENCE HADLEY**                                                                                 **DEFENDANT**

## ORDER

Before the Court are the Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris on February 14, 2020 (Dkt. No. 40). No objections have been filed to the Proposed Findings and Recommendation, and the deadline for filing objections has since passed. After careful consideration of the Proposed Findings and Recommendation, the Court finds no reason to alter or reject Judge Harris' recommendation.

Accordingly, the Court adopts the Proposed Findings and Recommendation in their entirety as this Court's findings of fact and conclusions of law. The Court lifts the stay previously imposed by Judge Harris, pending resolution of defendant Florence Hadley's anticipated motion to dismiss (Dkt. Nos. 38, 39). For the reasons set forth in Judge Harris's Proposed Findings and Recommendation, the Court dismisses plaintiff Joshua Stricklin's complaint without prejudice. The Court denies as moot Ms. Hadley's motion to compel discovery (Dkt. No. 32).

It is so ordered this 19th day of January, 2021.

_Kristine G. Baker_
Kristine G. Baker
United States District Judge