# THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**JOSHUA STRICKLIN, ADC #138119**                                              **PLAINTIFF**

**v.**                              **Case No. 5:18-cv-00217-KGB**

**FLORENCE HADLEY**                                                             **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that plaintiff Joshua Stricklin's complaint is dismissed without prejudice. The relief requested is denied.

It is so adjudged this 19th day of January, 2021.

_____
Kristine G. Baker
United States District Judge